IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN SHARP,

        Petitioner,

  v.

RANDY GROUNDS, Warden,

        Respondent.
                                        /

No. CV-10-4295 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Respondent's motion to dismiss is hereby GRANTED and the above-titled action is hereby DISMISSED without prejudice to petitioner's bringing his claim under 42 U.S.C. § 1983.

Dated: June 15, 2011                                                 Richard W. Wieking, Clerk

                                                                                By: Tracy Lucero
                                                                                 Deputy Clerk